IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ORAL WHARWOOD AND :
YVONNE WHARWOOD, :
    Plaintiffs :
                     :
v. :    CIVIL ACTION NO. 02-4616
                     :
DENNIS C. MATLACK AND THE :
UNITED STATES POSTAL SERVICE, :
    Defendants. :

## STIPULATION

It is hereby stipulated between Brian McVan, Esquire, counsel for Plaintiff, and Patricia D. Gugin, counsel for Defendant, that the time in which the United States is required to respond to Plaintiffs' complaint is hereby enlarged and may be filed on or before September 13, 2002.

_____
BRIAN McVAN, ESQUIRE
Counsel for Plaintiffs
Oral and Yvonne Wharwood

162 South Easton Road
Glenside, PA 19038

_____
PATRICIA D. GUGIN
Assistant United States Attorney
Counsel for Defendant,
United States of America

615 Chestnut Street, Suite 1250
Philadelphia, PA 19106


BY THE COURT:


_____
MARY A. McLAUGHLIN
*Judge, United States District Court*