IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORAL WHARWOOD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 02-4616 |

**O R D E R**

AND NOW, this 21st day of March, 2003, it is Ordered that the Rule 16 Conference in the above captioned case scheduled on April 1, 2003, is CANCELLED.

ATTEST:					or	BY THE COURT


BY:_____		_____
　　Carol D. James, Deputy Clerk			MARY A. McLAUGHLIN,　J.


faxed 3/21/03:
　　Patricia D. Gugin
　　James G. Sheehan
mailed to:
　　Brian P. McVan

Civ 12 (9/83)