IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ORAL WHARWOOD<br>YVONNE WHARWOOD, H/W | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-4616 |
| UNITED STATES OF AMERICA | : |  |
|  | : |  |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on June 30, 2003.  **PLEASE NOTE THAT THIS ARBITRATION**

**HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST.,**

**PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from May 29, 2003 per Judge


By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date:June 5, 2003

Copies:    Carol James, Courtroom Deputy to Judge Mary A. McLaughlin
           Docket Clerk - Case File

           Counsel:      Brian P. McVan, Esq.
                         James G. Sheehan, Esq.
                         Patricia D. Gugin, Esq.

ARB2.FRM