IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORAL WHARWOOD, et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| DENNIS MATLACK, et al. | : | NO. 02-4616 |

O R D E R

**AND NOW, TO WIT:** This 25th day of June, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
Marion Scarengelli
Deputy Clerk

Civ 2 (8/2000)
41(b).frm